# **EXHIBIT A**

**Subject Mural**

