# EXHIBIT B

## Infringing Content



