DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Affirmative and Complex Litigation
MIGUEL A. GRADILLA, SBN 304125
Deputy City Attorney
Fox Plaza
1390 Market Street, Fl 6
San Francisco, California 94102-5408
Telephone:     (415) 554-3870
Facsimile:      (415) 437-4644
E-Mail:          Miguel.Gradilla@sfcityatty.org

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CAMERON MOBERG, | Case No. 5:24-cv-00068-BLF |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | Trial Date:            None set. |
| CITY AND COUNTY OF SAN FRANCISCO, Does 1-10, Inclusive | |
| Defendants. | |

Notice of Appearance – M. Gradilla
Case No.   5:24-cv-00068

1

n:\cxlit\li2024\240691\01740840.docx

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2   Pursuant to Civil Local Rule 5-1(c)(2)(A), please take notice that Deputy City Attorney Miguel

3   Gradilla is appearing as counsel for Defendant City and County of San Francisco in the above-

4   captioned matter. All filings and communications should be addressed to Mr. Gradilla as follows:

> Miguel A. Gradilla, SBN 304125
> Deputy City Attorney
> San Francisco City Attorney's Office – Fox Plaza
> 1390 Market Street, 6th Floor
> San Francisco, CA 94102-4682
> Telephone: (415) 554-3870
> Facsimile:  (415) 437-4644
> Email:  Miguel.Gradilla@sfcityatty.org

Please include Mr. Gradilla on all proofs of service and communications in this matter.

Dated:  March 4, 2024

> Respectfully submitted,
>
> DAVID CHIU
> City Attorney
> YVONNE R. MERÉ
> Chief Deputy City Attorney
> SARA J. EISENBERG
> Chief of Affirmative and Complex Litigation
> MIGUEL A. GRADILLA
> Deputy City Attorney
>
>
> By:  */s/  Miguel Gradilla*
>       MIGUEL A. GRADILLA
>
> *Attorneys for Defendant*
> CITY AND COUNTY OF SAN FRANCISCO