DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Affirmative and Complex Litigation
MIGUEL A. GRADILLA, SBN 304125
Deputy City Attorney
Fox Plaza
1390 Market Street, Fl 6
San Francisco, California 94102-5408
Telephone:     (415) 554-3870
Facsimile:     (415) 437-4644
E-Mail:        Miguel.Gradilla@sfcityatty.org

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MOBERG,<br><br>   Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>   Defendants. | Case No. 5:24-cv-00068-BLF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO COMPLAINT [L.R. 6-1]**<br><br>Trial Date:         None set. |

Plaintiff Cameron Moberg and Defendant City and County of San Francisco (the "City"), pursuant to Civil Local Rule 6-1, respectfully submit the following Stipulation to Extend Time for the City to Respond to Complaint, filed January 4, 2024.

**RECITALS**

1. On January 4, 2024, Plaintiff filed his Complaint in this action. (Dkt. 1.)

2. On February 14, 2024, Plaintiff served the summons and Complaint on the City. (Dkt. 12.)

3. The City's deadline to respond to the Complaint in March 6, 2024.

4. The Parties agreed to extend the time for the City to respond to the Complaint 30 days from March 6, 2024 to April 5, 2024.

5. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the Parties stipulate as follows:

**STIPULATION**

1. The deadline for the City to respond to the Complaint shall be continued to April 5, 2024.

2. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  March 4, 2024

        DAVID CHIU
        City Attorney
        YVONNE R. MERÉ
        Chief Deputy City Attorney
        SARA J. EISENBERG
        Chief of Affirmative and Complex Litigation
        MIGUEL A. GRADILLA
        Deputy City Attorneys


By:  */s/ Miguel A. Gradilla*
     MIGUEL A. GRADILLA

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 4, 2024

        SCOTT ALAN BURROUGHS
        FRANK R. TRECHSEL
        Doniger / Burroughs


By:  */s/ Scott A. Burroughs*
     SCOTT A. BURROUGHS

*Attorneys for Plaintiff*
CAMERON MOBERG

Stipulation to Extend Time to Respond to Complaint
Case No.   5:24-cv-00068
3
n:\cxlit\li2024\240691\01740790.docx

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Miguel Gradilla, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated:  March 4, 2024

>DAVID CHIU
>City Attorney
>YVONNE R. MERÉ
>Chief Deputy City Attorney
>SARA J. EISENBERG
>Chief of Affirmative and Complex Litigation
>MIGUEL A. GRADILLA
>Deputy City Attorneys
>
>
>By: ___*/s/ Miguel A. Gradilla*___
>   MIGUEL A. GRADILLA
>
>*Attorneys for Defendant*
>CITY AND COUNTY OF SAN FRANCISCO