1  DAVID CHIU, SBN 189542
   City Attorney
2  YVONNE R. MERÉ, SBN 173594
   Chief Deputy City Attorney
3  SARA J. EISENBERG, SBN 269303
   Chief of Affirmative and Complex Litigation
4  MIGUEL A. GRADILLA, SBN 304125
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, Fl 6
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-3870
7  Facsimile:     (415) 437-4644
   E-Mail:        Miguel.Gradilla@sfcityatty.org
8
   *Attorneys for Defendant*
9  CITY AND COUNTY OF SAN FRANCISCO

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MOBERG,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00068-BLF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO COMPLAINT [L.R. 6-1]**<br><br>Trial Date:    None set. |

Plaintiff Cameron Moberg and Defendant City and County of San Francisco (the "City"), pursuant to Civil Local Rule 6-1, respectfully submit the following Stipulation to Extend Time for the City to Respond to Complaint, filed January 4, 2024.

## **RECITALS**

1. On January 4, 2024, Plaintiff filed his Complaint in this action.  (Dkt. 1.)

2. On February 14, 2024, Plaintiff served the summons and Complaint on the City.  (Dkt. 12.)

3. The City's deadline to respond to the Complaint in March 6, 2024.

4. The Parties agreed to extend the time for the City to respond to the Complaint 30 days from March 6, 2024 to April 5, 2024.

5. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the Parties stipulate as follows:

## **STIPULATION**

1. The deadline for the City to respond to the Complaint shall be continued to April 5, 2024.

2. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated:  March 4, 2024

                DAVID CHIU
                City Attorney
                YVONNE R. MERÉ
                Chief Deputy City Attorney
                SARA J. EISENBERG
                Chief of Affirmative and Complex Litigation
                MIGUEL A. GRADILLA
                Deputy City Attorneys

By:   */s/ Miguel A. Gradilla*
       MIGUEL A. GRADILLA

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 4, 2024

                SCOTT ALAN BURROUGHS
                FRANK R. TRECHSEL
                Doniger / Burroughs

By:   */s/ Scott A. Burroughs*
       SCOTT A. BURROUGHS

*Attorneys for Plaintiff*
CAMERON MOBERG

1  **CIVIL L.R. 5-1(h)(3) ATTESTATION**

2      I, Miguel Gradilla, attest that each of the other signatories have concurred in the filing of this

3  document, which shall serve in lieu of their own signatures on the document.

4  Dated: March 4, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Affirmative and Complex Litigation
MIGUEL A. GRADILLA
Deputy City Attorneys

By:   */s/ Miguel A. Gradilla*
     MIGUEL A. GRADILLA

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO