Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cameron Moberg,<br><br>Plaintiff,<br><br>v.<br><br>City and County of San Francisco, et al,<br><br>Defendants. | Case No.: 5:24-cv-00068-BLF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Frank R. Trechsel of Doniger / Burroughs APC, hereby appears as co-counsel of record on behalf of Plaintiff Cameron Moberg in the above-entitled action and respectfully requests that he be included on the service of all notices, pleadings, and other documents filed in this case at the following address:

Frank R. Trechsel
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, CA 90291
Phone: (310) 590-1820
Email: ftrechsel@donigerlawfirm.com

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: March 6, 2024 | By: */s/ Frank R. Trechsel*<br>Frank R. Trechsel, Esq.<br>DONIGER / BURROUGHS<br>*Attorney for Plaintiff* |