DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Affirmative and Complex Litigation
MIGUEL A. GRADILLA, SBN 304125
Deputy City Attorney
Fox Plaza
1390 Market Street, Fl 6
San Francisco, California 94102-5408
Telephone:     (415) 554-3870
Facsimile:     (415) 437-4644
E-Mail:        Miguel.Gradilla@sfcityatty.org

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MOBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00068-BLF<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO COMPLAINT [L.R. 6-1]**<br><br>Trial Date:        None set. |

Plaintiff Cameron Moberg and Defendant City and County of San Francisco (the "City"), pursuant to Civil Local Rule 6-1, respectfully submit the following Second Stipulation to Extend Time for the City to Respond to Complaint, filed January 4, 2024.

## RECITALS

1. On January 4, 2024, Plaintiff filed his Complaint in this action. (Dkt. 1.)

2. On February 14, 2024, Plaintiff served the summons and Complaint on the City. (Dkt. 12.)

3. The City's initial deadline to respond to the Complaint was March 6, 2024.

4. The Parties agreed to extend the time for the City to respond to the Complaint 30 days from March 6, 2024 to April 5, 2024, which the Court approved on March 5, 2024. (Dkt. 15.)

5. On March 25, 2024, counsel for the City contacted Plaintiff's counsel to inform them that the City had tendered its defense and indemnification of the instant case to two contractors involved in this matter but has yet to receive a response.

6. To ensure efficiency and reduce costs in resolving this matter, the Parties agreed to a further extension of time for the City to respond to the Complaint, from April 5, 2024 to May 10, 2024.

7. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the Parties stipulate as follows:

## STIPULATION

1. The deadline for the City to respond to the Complaint shall be continued to May 10, 2024.

2. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

1  Dated:  March 25, 2024

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
SARA J. EISENBERG
Chief of Affirmative and Complex Litigation
MIGUEL A. GRADILLA
Deputy City Attorneys


By:   */s/ Miguel A. Gradilla*
MIGUEL A. GRADILLA

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

Dated:  March 25, 2024

SCOTT ALAN BURROUGHS
FRANK R. TRECHSEL
Doniger / Burroughs


By:   */s/ Scott A. Burroughs*
SCOTT A. BURROUGHS

*Attorneys for Plaintiff*
CAMERON MOBERG

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; Case No. 5:24-cv-00068       3       n:\cxlit\li2024\240691\01746109.docx

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Miguel Gradilla, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated: March 25, 2024

                              DAVID CHIU
                              City Attorney
                              YVONNE R. MERÉ
                              Chief Deputy City Attorney
                              SARA J. EISENBERG
                              Chief of Affirmative and Complex Litigation
                              MIGUEL A. GRADILLA
                              Deputy City Attorneys


                    By:   */s/ Miguel A. Gradilla*
                              MIGUEL A. GRADILLA

                              *Attorneys for Defendant*
                              CITY AND COUNTY OF SAN FRANCISCO