DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
SARA J. EISENBERG, SBN 269303
Chief of Affirmative and Complex Litigation
MIGUEL A. GRADILLA, SBN 304125
Deputy City Attorney
Fox Plaza
1390 Market Street, Fl 6
San Francisco, California 94102-5408
Telephone:    (415) 554-3870
Facsimile:    (415) 437-4644
E-Mail:       Miguel.Gradilla@sfcityatty.org

*Attorneys for Defendant*
CITY AND COUNTY OF SAN FRANCISCO

**APPROVED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MOBERG,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00068-BLF<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO COMPLAINT [L.R. 6-1]**<br><br>Trial Date:        None set. |

Plaintiff Cameron Moberg and Defendant City and County of San Francisco (the "City"), pursuant to Civil Local Rule 6-1, respectfully submit the following Second Stipulation to Extend Time for the City to Respond to Complaint, filed January 4, 2024.

## RECITALS

1. On January 4, 2024, Plaintiff filed his Complaint in this action. (Dkt. 1.)

2. On February 14, 2024, Plaintiff served the summons and Complaint on the City. (Dkt. 12.)

3. The City's initial deadline to respond to the Complaint was March 6, 2024.

4. The Parties agreed to extend the time for the City to respond to the Complaint 30 days from March 6, 2024 to April 5, 2024, which the Court approved on March 5, 2024. (Dkt. 15.)

5. On March 25, 2024, counsel for the City contacted Plaintiff's counsel to inform them that the City had tendered its defense and indemnification of the instant case to two contractors involved in this matter but has yet to receive a response.

6. To ensure efficiency and reduce costs in resolving this matter, the Parties agreed to a further extension of time for the City to respond to the Complaint, from April 5, 2024 to May 10, 2024.

7. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

THEREFORE, the Parties stipulate as follows:

## STIPULATION

1. The deadline for the City to respond to the Complaint shall be continued to May 10, 2024.

2. The change in deadline will not alter the date of any event or deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

1  Dated:  March 25, 2024

2
3                                                     DAVID CHIU
                                                      City Attorney
                                                      YVONNE R. MERÉ
4                                                     Chief Deputy City Attorney
                                                      SARA J. EISENBERG
5                                                     Chief of Affirmative and Complex Litigation
                                                      MIGUEL A. GRADILLA
6                                                     Deputy City Attorneys

7

8                                                     By:   */s/ Miguel A. Gradilla*
9                                                        MIGUEL A. GRADILLA

10                                                    *Attorneys for Defendant*
                                                      CITY AND COUNTY OF SAN FRANCISCO
11

12

13  Dated:  March 25, 2024

14                                                    SCOTT ALAN BURROUGHS
                                                      FRANK R. TRECHSEL
15                                                    Doniger / Burroughs

16

17
                                                      By:   */s/ Scott A. Burroughs*
18                                                       SCOTT A. BURROUGHS

19                                                    *Attorneys for Plaintiff*
                                                      CAMERON MOBERG
20

21

22

23

24

25

26

27

28

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO           3            n:\cxlit\li2024\240691\01746109.docx
COMPLAINT; Case No. 5:24-cv-00068

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

I, Miguel Gradilla, attest that each of the other signatories have concurred in the filing of this document, which shall serve in lieu of their own signatures on the document.

Dated: March 25, 2024

                                DAVID CHIU
                                City Attorney
                                YVONNE R. MERÉ
                                Chief Deputy City Attorney
                                SARA J. EISENBERG
                                Chief of Affirmative and Complex Litigation
                                MIGUEL A. GRADILLA
                                Deputy City Attorneys

                          By: */s/ Miguel A. Gradilla*
                                MIGUEL A. GRADILLA

                                *Attorneys for Defendant*
                                CITY AND COUNTY OF SAN FRANCISCO