```
MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley, Bar No. 130092
Lindsey M. Shinn, Bar No. 267629
carla.oakley@morganlewis.com
lindsey.shinn@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001
```

*Attorneys for Defendant City and County of San Francisco.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MOBERG,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>           Defendants. | Case No. 5:24-cv-00068-BLF<br><br>**NOTICE OF APPEARANCE OF CARLA OAKLEY AND LINDSEY SHINN FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO**<br><br>Complaint Filed:  January 4, 2024 |

**TO ALL PARTIES, ATTORNEYS OF RECORD, AND THE COURT:**

Carla B. Oakley and Lindsey M. Shinn of Morgan, Lewis & Bockius LLP, hereby appear as attorneys of record on behalf of Defendant City and County of San Francisco ("Defendant") in the above-captioned action.  They are members of the State Bar of California and admitted to practice in the Northern District of California.  Their addresses, telephone and facsimile numbers, and e-mail addresses are below.  Defendant requests that they be added to the docket and that e-mail notifications be sent to the email addresses below.

```
               Carla B. Oakley, Bar No. 130092
               MORGAN, LEWIS & BOCKIUS, LLP
               One Market, Spear Street Tower
               San Francisco, CA  94105-1596
               Tel:    +1.415.442.1000
               Fax:    +1.415.442.1001
               Email: carla.oakley@morganlewis.com
```

1
2  Lindsey M. Shinn, Bar No. 267629
   MORGAN, LEWIS & BOCKIUS, LLP
3  One Market, Spear Street Tower
   San Francisco, CA  94105-1596
4  Tel:     +1.415.442.1000
   Fax:    +1.415.442.1001
5  Email: lindsey.shinn@morganlewis.com

6  Dated: April 4, 2024                                    MORGAN, LEWIS & BOCKIUS LLP

7

8                                                    By    */s/ Carla B. Oakley*
                                                           Carla B. Oakley
9                                                          Attorneys for Defendant
                                                           City and County of San Francisco
10

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE
CASE NO. 5:24-CV-00068-BLF