MORGAN, LEWIS & BOCKIUS LLP
Carla B. Oakley, Bar No. 130092
Lindsey M. Shinn, Bar No. 267629
carla.oakley@morganlewis.com
lindsey.shinn@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:	+1.415.442.1000
Fax:	+1.415.442.1001

*Attorneys for Defendant City and County of San Francisco.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON MOBERG,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00068-BLF<br><br>**NOTICE OF WITHDRAWAL AND CHANGE IN COUNSEL AND [PROPOSED] ORDER**<br><br>Complaint Filed:  January 4, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the attorneys of record for this case for Defendant City and County of San Francisco ("Defendant") will now be Carla B. Oakley and Lindsey M. Shinn of Morgan, Lewis & Bockius LLP, who have appeared in the above-captioned action.  Please direct all further notices, pleadings, contacts, and correspondence to Ms. Oakley and Ms. Shinn.

Pursuant to Local Civil Rules 5-1 and 11-5, Defendant also requests the Court's approval for the withdrawal of attorney Miguel Angel Gradilla of the San Francisco City Attorney's Office, from this matter, and asks that Mr. Gradilla be removed from the docket and service list.

| | |
|---|---|
| Dated: April 4, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
| | By  */s/ Carla B. Oakley*<br>Carla B. Oakley<br>Attorneys for Defendant<br>City and County of San Francisco |
| Dated: April 4, 2024 | SAN FRANCISCO CITY ATTORNEY'S OFFICE |
| | By  */s/ Miguel Angel Gradilla*<br>Miguel Angel Gradilla<br>Attorney for Defendant<br>City and County of San Francisco |

**Certificate Pursuant to Local Rule 5-1(h)(3)**

I, Carla B. Oakley, am the ECF User whose credentials are being used to file the Notice of Withdrawal and Change in Counsel. In compliance with Local Rule 5-1(h)(3), I hereby attest that Miguel Angel Gradilla has concurred in this filing.

| | |
|---|---|
| Dated: April 4, 2024 | By  */s/ Carla B. Oakley*<br>Carla B. Oakley |

**[PROPOSED] ORDER**

After consideration of the Notice of Withdrawal and Change in Counsel filed by Defendant City and County of San Francisco ("Defendant"), the Court orders that:

Miguel Angel Gradilla of the San Francisco City Attorney's Office is withdrawn as counsel for Defendant, and is to be removed from the docket and service list.

Carla B. Oakley and Lindsey M. Shinn of Morgan, Lewis & Bockius LLP will remain as counsel of record for Defendant.

IT IS SO ORDERED.

Dated: April ___, 2024       By _____
                                Hon. Beth Labson Freeman
                                United States District Court
                                Northern District of California

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

NOTICE OF WITHDRAWAL AND CHANGE IN COUNSEL AND PROPOSED ORDER
CASE NO. 5:24-CV-00068-BLF